**Order entered June 8, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01184-CV

**PLAINSCAPITAL BANK, Appellant**

**V.**

**SALLY JOANN REAVES, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-04118**

## ORDER

Before the Court is appellee's June 7, 2018 unopposed motion for extension of time to

file an amended brief.  We **GRANT** the motion and extend the time to **July 18, 2018**.


/s/     ADA BROWN
JUSTICE